IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| 288P13 | State v. Stevie Lynn Wilson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-772) | Denied |
|---|---|---|---|
| 293P13 | State v. James Otis Womack, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1006) | Denied |
| 298P13 | State v. Paul Dial | 1. Def's Motion for Temporary Stay (COA12-1334) | 1. Allowed **07/05/13** Dissolved **10/03/13** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based Upon a Constitutional Question (COA12-1334) | 3. — |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismissed Appeal (COA12-1334) | 5. Allowed |
| 302P13 | In the Matter of: E.H. and N.H. | 1. Juveniles' PDR Under N.C.G.S. § 7A-31 (COA13-273) | 1. Allowed |
| | | 2. Juveniles' Motion to Redact Appendices to PDR | 2. Allowed |
| 303P13 | In the Matter of: A.A.J and S.D.D. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA12-1555) | Denied |
| 305P13 | Albert C. Burgess, Jr. v. The State of North Carolina and the United States Attorney | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-427) | Dismissed **08/30/13** |
| 313P10-2 | Cheyenne Saleena Stark, a Minor, Cody Brandon Stark, a Minor, by their Guardian ad Litem, Nicole Jacobsen v. Ford Motor Company | 1. Plaintiff-Appellant's PDR Under N.C.G.S. § 7A-31 (COA09-286-2) | 1. Denied |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 (COA09-286-2) | 2. Dismissed As Moot |